456 A.2d 1086

Fadale v. Pittsfield Const. Co., Appellant.
Petition for Allowance of Appeal
Denied June 3, 1983.

Argued May 19, 1982. Eugene J. Brew, Jr., for appellant; Bernard J. Hessley, for appellees.

Before ROWLEY, MONTEMURO and VAN der VOORT, JJ.

Judgment affirmed.

ROWLEY, J., filed a memorandum concurring opinion.

MONTEMURO, J., filed a memorandum dissenting opinion.

456 A.2d 1086

Feyes v. Feyes, Appellant.

Submitted October 12, 1982. Simon B. John, for appellant; Steve Peter Leskinen, for appellee.

Before CERCONE, P.J., and WIEAND and BECK, JJ.

Order affirmed.